**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MAURICE DANIEL JAMES TALLEY, | Case No. 2:16-cv-00957-APG-VCF |
| Petitioner, | **ORDER** |
| v. | |
| D.W. NEVENS, et al., | |
| Respondents. | |

This 28 U.S.C. § 2254 habeas matter brought *pro se* by Maurice Daniel James Talley is before the court on two motions by respondents.  Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer to the petition (ECF No. 13) is **GRANTED** *nunc pro tunc.*

**IT IS FURTHER ORDERED** that respondents' motion for leave to file exhibits under seal (ECF No. 17) is **GRANTED**.

DATED: 8 March 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE